| | | | |
|---|---|---|---|
| AO 91 (Rev. 11/11) Criminal Complaint | AUSA: Sean King<br>Special Agent: Randall Olsen, ATF | | Telephone: (313) 226-9100<br>Telephone: (313) 202-3400 |

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Michigan

United States of America
   v.
Lawrence Saffold, Jr.

Case No.    Case: 2:24−mj−30204
Assigned To : Unassigned
Assign. Date : 5/29/2024
Description: UNITED STATES OF AMERICA V. SAFFOLD (NA)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of   April 24, 2024   in the county of   Wayne   in the   Eastern   District of   Michigan  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in Possession of a Firearm |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_____
Complainant's signature

Randall B. Olsen, Special Agent (ATF)
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: May 29, 2024

_____
Judge's signature

City and state: Detroit, Michigan     Hon. Kimberly G. Altman, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Special Agent Randall B. Olsen, being first duly sworn, hereby depose and state the following:

### INTRODUCTION

1.  I have been employed as a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) since May 2022. I am currently assigned to Detroit Group VII, investigating various federal firearm violations. Before becoming a Special Agent, I was a Police Officer with the Detroit Police Department (DPD) for over seven years, and the Grosse Pointe Park Department of Public Safety for over one year. During that time, I was assigned to DPD's Special Operations unit, as well as the Special Response Team. I am a graduate of the ATF Special Agent Basic Training program and the DPD Police Academy. I have a Bachelor of Science in Criminal Justice with a concentration in Supervision and Management. During my law enforcement career, I have participated in numerous criminal investigations focused on firearms, armed drug trafficking violations and criminal street gangs. I have also investigated violations of 18 U.S.C. § 922(g)(1), Felon in Possession of a Firearm.

2.  I make this affidavit from personal knowledge based on my participation in this investigation, as well as information received from other law enforcement officials and/or their reports and records. The information outlined

herein is provided for the limited purpose of establishing probable cause and does not contain all details or facts that exist pertaining to the investigation. As set forth below, probable cause exists that Lawrence SAFFOLD Jr. violated 18 U.S.C. § 922(g)(1) (Felon in Possession of a Firearm) on or about April 24, 2024, in the Eastern District of Michigan.

## PROBABLE CAUSE

3.  On April 24, 2024, at approximately 12:07 a.m., DPD officers patrolling the area of Wyoming Street and Fenkell Street, Detroit, Michigan, observed a 2001 black Hyundai with a Michigan license plate. The officers ran the vehicle through the Law Enforcement Information Network (LEIN) where they determined that the vehicle did not have insurance and subsequently conducted a traffic stop for the offense.

4.  During the traffic stop, officers observed the driver, later identified as SAFFOLD, with his right hand and arm in between his legs. Officers also observed a black handgun magazine on the lap of the front seat passenger. The officers then gave SAFFOLD verbal commands, including to exit the vehicle, which he initially did not comply with, but he eventually exited the vehicle. When SAFFOLD exited the vehicle, an officer observed a firearm—a silver camo colored handgun sitting on top of the driver's seat that had been underneath SAFFOLD. The officers then recovered a loaded Glock 27 .40 caliber pistol. A LEIN check revealed that

SAFFOLD did not possess a concealed pistol license. Officers then placed SAFFOLD under arrest for carrying a concealed weapon.

5. A review of the LEIN computer printout regarding SAFFOLD's criminal history record revealed numerous felony convictions. Recently, he was convicted for being a Felon in Possession of a Firearm, in violation of 18 U.S.C. § 922 (g)(1) and 18 U.S.C. § 924 (a)(2) in the Eastern District of Michigan. On March 3, 2016, the Court sentenced him to 95 months of incarceration followed by 36 months of supervised release. SAFFOLD is on federal supervised release until September 11, 2025.

6. Because SAFFOLD was convicted under 18 U.S.C. § 922(g)(1) and sentenced to 95 months imprisonment, is currently under federal supervised release, and has other prior felony convictions, there is probable cause to believe that SAFFOLD knew he was a convicted felon on or before April 24, 2024.

7. Subsequently, on May 2, 2024, Special Agent and Interstate Nexus Expert Kevin Rambus advised me, based on a verbal description and without physically examining the firearm, that the recovered firearm was manufactured outside the state of Michigan and therefore had traveled through interstate and/or foreign commerce.

3

## CONCLUSION

8.  Probable cause exists that Lawrence SAFFOLD Jr., a felon aware of his felony convictions, knowingly and intentionally possessed a firearm, to wit: one (1) Glock 27 .40 caliber pistol, said firearm having traveled in interstate commerce, in violation of 18 U.S.C. § 922(g)(1). This violation occurred on or about April 24, 2024, in Detroit Michigan, in the Eastern District of Michigan.

Respectfully submitted,

_____
Randall B. Olsen, Special Agent
Bureau of Alcohol, Tobacco,
Firearms, and Explosives

Sworn to before me and signed in my
presence and/or by reliable electronic means

_____
Hon. Kimberly G. Altman
United States Magistrate Judge

Dated:  May 29, 2024

4